1  IAN C. BALLON (SBN 141819)
   ballon@gtlaw.com
2  MONICA A. HERNANDEZ (SBN 280195)
   hernandezmo@gtlaw.com
3  GREENBERG TRAURIG, LLP
   1900 University Ave., 5th Floor
4  East Palo Alto, California 94303
   Telephone:  (650) 328-8500
5  Facsimile:  (650) 328-8508

6  Attorneys for defendant,
   PASSPORTPARKING, INC.

7

8

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11                    **OAKLAND DIVISION**

| | |
|---|---|
| 12  CARACAL ENTERPRISES LLC, and CARACAL CONSULTING INC., | CASE NO.  3:16-CV-5073 (RS) |
| 13 | |
| 14          Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER:** |
| 15       v. | **(1) EXTENDING TIME FOR DEFENDANT PASSPORTPARKING, INC. TO RESPOND TO THE FIRST AMENDED COMPLAINT AND** |
| 16  ROBERT SURANYI, ROBERT SURANYI SYSTEMS SUPPORT, PASSPORT, INC. | |
| 17  and PASSPORTPARKING, INC., | |
| 18          Defendants. | **(2) EXTENDING TIME FOR THE CASE MANAGEMENT CONFERENCE** |
| 19 | |
| 20 | |
| 21 | Complaint Served:  October 6, 2016 |

22

23

24

25

26

27

28  STIPULATION TO EXTEND TIME FOR                               Case No. 3:16-CV-5073 (RS)
    PASSPORTPARKING, INC. TO RESPOND TO
    INITIAL COMPLAINT

1       Plaintiffs Caracal Enterprises LLC and Caracal Consulting Inc. (collectively "Plaintiffs") and
2 defendant PassportParking, Inc. ("Passport") hereby stipulate and agree that:
3       1.    Plaintiffs and Passport are discussing the case and whether it can be resolved as between
4 them; and
5       2.    Defendants Robert Suranyi and Robert Suranyi Systems Support were served using The
6 Hague Convention and have yet to enter an appearance beyond filing a stipulation extending their time
7 to respond to the complaint.
8       3.    Accordingly, to avoid unnecessary expenditure of effort, and allow time for all parties to
9 appear, Plaintiffs have granted all defendants an additional 30-day extension of the deadline to answer or
10 otherwise respond to Plaintiffs' First Amended Complaint. This is the second extension of time for
11 Passport and does not alter any deadlines already fixed by the Court.
12       4.    For those same reasons, the Plaintiffs and Passport also agree, subject to court approval,
13 to extend the time for the Case Management Conference ("CMC) by sixty (60) days.  The CMC is
14 currently scheduled for Thursday, December 15, 2016, and the parties agree to extend the CMC date
15 until Thursday, February 16, 2017 or as soon thereafter as is convenient for the court.

17 DATED:  November 29, 2016                        GREENBERG TRAURIG, LLP

18                                                       By: /s/ *Ian C. Ballon*
19                                                          Ian C. Ballon

20                                                          Attorneys for defendant
                                                         PASSPORTPARKING, INC.

22 DATED: November 29, 2016                         SMITH, GAMBRELL & RUSSELL, LLP

23                                                       By: /s/ *Edward A. Pennington*
                                                         Edward A. Pennington (admitted *pro hac vice*)
24                                                          John P. Pennington (admitted *pro hac vice*)
                                                         Jennifer L. Feldman (admitted *pro hac vice*)
25                                                          SMITH, GAMBRELL RUSSELL, LLP
                                                         1055 Thomas Jefferson Street, N.W.,
26                                                          Suite 400
                                                         Washington, D.C. 20007
27                                                          Tel: (202) 263-4300
                                                         Fax: (202) 263-4329
28

STIPULATION TO EXTEND TIME FOR         1                    Case No. 3:16-CV-5073 (RS)
PASSPORTPARKING, INC. TO RESPOND TO
INITIAL COMPLAINT

epennington@sgrlaw.com
jpennington@sgrlaw.com
jfeldman@sgrlaw.com

Brian E. Mitchell (SBN 190095)
Marcel F. De Armas (SBN 289282)
MITCHELL + COMPANY
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-3514
Facsimile: (415) 402-0058
brian.mitchell@mcolawoffices.com
mdearmas@mcolawoffices.com

Attorneys for Plaintiffs
CARACAL ENTERPRISES LLC and
CARACAL CONSULTING INC.

**ATTESTATION CLAUSE**

I, Ian Ballon, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER: (1) EXTENDING TIME FOR DEFENDANT PASSPORTPARKING, INC. TO RESPOND TO THE FIRST AMENDED COMPLAINT AND (2) EXTENDING TIME FOR THE CASE MAMAGEMENT CONFERENCE. In compliance with Civil L.R. 5-1(i), I hereby attest that all signatories concurred in this filing.

DATED:  November 29, 2016        GREENBERG TRAURIG, LLP

By: /s/ *Ian C. Ballon*
        Ian C. Ballon

        Attorneys for defendant
        PASSPORTPARKING, INC.

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Case Management Conference is rescheduled for February 16, 2017 at 10:00 a.m. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

Dated: November  30 , 2016

_____
Richard Seeborg
United States District Judge