UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARACAL ENTERPRISES LLC, et al.,

Plaintiffs,

v.

ROBERT SURANYI, et al.,

Defendants.

Case No. 16-cv-05073-RS

**ORDER RE: MOTIONS TO SEAL**

Both plaintiffs and defendants have filed motions to seal portions of their briefs and/or exhibits filed in connection with defendants' motion to dismiss for lack of personal jurisdiction. The portions of the filings sought to be sealed apparently contain information that former defendant PassportParking, Inc. claims as protected trade secrets. The motions will be granted only if, within 10 days of the issuance of this order, PassportParking, Inc. comes forward and "articulate[s] . . . compelling reasons [for sealing] supported by specific factual findings . . . that outweigh the general history of access and the public policies favoring disclosure" of court records. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (citation and internal quotation marks omitted). Upon receipt, the parties shall immediately serve this order upon PassportParking, Inc.'s counsel of record in this action.

**IT IS SO ORDERED**.

Dated: February 1, 2017

_____
RICHARD SEEBORG
United States District Judge